UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IMRAN A. PARACHA,
*on behalf of himself and all others similarly situated*,

                Plaintiff,

- against -

MRS BPO, L.L.C.,

                Defendant.
-------------------------------------------------------------------X

**JUDGMENT**
18-CV-3892 (RRM) (SIL)

      A Memorandum and Order having been entered this day dismissing all claims brought in this action, it is hereby

      ORDERED, ADJUDGED AND DECREED that Plaintiff take nothing from defendant, that this action is dismissed with prejudice.


Dated: Brooklyn, New York
       September 27, 2019

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge